**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JINGZHONG FU，<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE PARTNERSHIPS, AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE "A",<br><br>　　　　　　Defendants. | Civil Action No. 2:26-cv-01568<br><br>JURY TRIAL DEMANDED<br><br>FILED UNDER SEAL |

**EXHIBIT 2 – REDACTED DOCUMENT**

This document is being filed under seal with a motion for leave to file documents under Seal.

A full version of Exhibit 2 will be filed separately under seal and will remain under seal until further

order of this court.

DATED July 20, 2026                                    Respectfully submitted,


                                                       By: /s/ Xiyan Zhang
                                                       Xiyan Zhang
                                                       Stratum Law LLC
                                                       18 Campus Blvd. Ste. 100
                                                       Newtown Square, PA 19073
                                                       Phone#(215) 395-8756
                                                       Bar# 5052642
                                                       xzhang@stratumlaw.com
                                                       *Counsel for Plaintiff*

1